UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    'O'

| Case No. | 2:23-cv-09477-CAS-JCx | Date | February 8, 2024 |
|---|---|---|---|
| Title | Liberty Mutual Insurance Company v. Transgroup Express LLC et al. | | |

Present: The Honorable     **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**    (IN CHAMBERS) - MINUTE ORDER

The history and facts of this case are well-known to the parties.

On November 9, 2023, Liberty Mutual Insurance Company ("Liberty Mutual") filed a complaint against defendants Transgroup Express LLC d/b/a Scan Global Logistics ("Scan Global"), Total Quality Logistics, LLC ("TQL"), Cartage Transport Express Inc. ("CTE"), B&E Professional Services LLC d/b/a KG Logistics, Ritesh Kumar d/b/a NS Transport ("Kumar") and Does 1-10. Dkt. 1.

On January 5, 2024, defendant Kumar filed a motion to dismiss. Dkt. 15. The Court set a hearing for February 12, 2024. Dkt. 19.

On February 6, 2024, Liberty Mutual and Scan Global entered a joint stipulation to stay this case pending mediation. Dkt. 25. The parties to the stipulation "request[ed] that the hearing on Defendant Ritesh Kumar's Motion to Dismiss be continued to April 2024, at a time and date convenient for the court." Id. at 3.

The Court construes the stipulation as a request for a continuance of the February 12, 2024, hearing on defendant Kumar's motion to dismiss. On the Court's own motion, the Court continues the February 12, 2024, hearing to April 22, 2024. The Court directs plaintiff to notify the moving defendant about the continuance.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |