UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     2:23cv09477 CAS (JCx)                                                   Date: August 7, 2024

Title        *LIBERTY MUTUAL INSURANCE COMPANY v. TRANSGROUP EXPRESS, LLC
             DBA SCAN GLOBAL LOGISTICS. ET AL.*

Present: The Honorable:     CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDERS TO SHOW CAUSE;

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024**, why this action should not be dismissed for lack of prosecution as to **defendants Cartage Transport Express, Inc.; B and E Professional Services, LLC dba KG Logistics; and Ritesh Kumar dba NS Transport, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

- A proof of service of summons and complaint on **defendants Cartage Transport Express, Inc.; and B and E Professional Services, LLC dba KG Logistics;** and
- An answer to the complaint by **defendant NS Transport,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |